IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLAN MACKIE,

    Plaintiff,

vs.

CSATF DOCTOR, et al.,

    Defendants.
_____/

CV F 04 5456 AWI WMW P

ORDER RE: FINDINGS & RECOMMENDATIONS (#5)

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 28, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Specifically, the Magistrate Judge found that Plaintiff had failed to file an amended complaint to cure the original complaint's deficiencies; Namely, that the original complaint only contained general medical complaints and failed to allege that the named defendants were deliberately indifferent. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

1

73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on March 28, 2007, are adopted in full; and

2.  This action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 10, 2007**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE